**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIGEL DWAYNE PARMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1895 |
| | ) | Judge Nora Barry Fischer |
| ALLEGHENY COUNTY FACILITY, et. al., | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

AND NOW, this 30th day of April, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Maureen P. Kelly on April 8, 2026, (Docket No. 20), recommending that Plaintiff Nigel Dwayne Parms' Amended Complaint (Docket No. 19) be dismissed, without prejudice, under Rule 41(b) for failure to comply with the Magistrate Judge's prior Order instructing him to file an Amended Complaint that conforms to Rule 8 of the Federal Rules of Civil Procedure, and directing that objections were due within 14 days such that objections by non-ECF users like Plaintiff were due by April 27, 2026, (Docket No. 20), no objections having been lodged as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of April 8, 2026, (Docket No. 20),

IT IS HEREBY ORDERED that the Report and Recommendation [20] is ADOPTED as the Opinion of this Court;

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint (Docket No. 19) is DISMISSED, without prejudice, as the Court finds that a review of the rambling and incoherent

1

367-page Amended Complaint purporting to bring claims against more than 130 Defendants confirms that Plaintiff has failed to comply with the directives of the Magistrate Judge, (*see* Docket No. 19), and his failure to timely file any Objections further buttresses the analysis of the first, third and fourth *Poulis* factors set forth in the Report and Recommendation such that the Court agrees that dismissal of the Amended Complaint, without prejudice, is the most appropriate sanction; and,

IT IS FURTHER ORDERED that an appropriate judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  All counsel of record.
           Magistrate Judge Maureen P. Kelly

cc:     Nigel Dwayne Parms
         P.O. Box 22092
         Pittsburgh, PA 15222
         (via first class mail)

2